AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pedronel Ospina Gonzalez | ) |
| _____ | ) |
| *Petitioner* | ) |
| v. | ) Case No. 26-cv-14019-DSL |
| GARRETT J. RUPA, Miami Field Office Director, Immigration and Customs Enforcement ("ICE"), Todd Lyons, Acting Director of ICE, Kristi Noem, Sect. of DHS | ) *(Supplied by Clerk of Court)* |
| _____ | ) |
| *Respondent* | |
| *(name of warden or authorized person having custody of petitioner)* | |

FILED BY_____ D.C.
Susan Shaa [illegible]
JAN 16 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Pedronel Ospina Gonzalez
   (b) Other names you have used: Pedronel Ospina
2. Place of confinement:
   (a) Name of institution: Martin County Sheriff's Office
   (b) Address: 800 SE Monterey Rd, Stuart, Fl 34994
   (c) Your identification number: A#214-584-546; SO#009745
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
   Immigration & Customs Enforcement
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☒ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:


6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   Martin County Sheriff's Office and Immigration Customs & Enforcement - Miami Field Office.

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Actions: 1) unlawful detention due to lapse of Petitioner's 48hr ICE detainer. 2) ICE has not determined Petitioner is a safety or flight risk required for detention.

   (d) Date of the decision or action:   01/16/2026

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes         ☒ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court:

      (2) Date of filing:

      (3) Docket number, case number, or opinion number:

      (4) Result:

      (5) Date of result:

      (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:   Not Applicable

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:   Not Applicable

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

(b) If you answered "No," explain why you did not file a third appeal: Not Applicable

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes            ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody:  01/14/2026
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☒ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☒ No

If "Yes," provide:

(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: 

(5) Date of result: 

(6) Issues raised: 

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Violation of Fifth Amendment Right to Due Process Procedural Due Process - prohibits the federal government from depriving any person of "life, liberty, or property, without due process of law. U.S. Cont. Amend. V. Due process protects "all 'persons' within the United States, including [noncitizens], whether their presence here is lawful, unlawful, temporary, or permanent". Zadvydas v. Davis, 533 U.S. 678, 693 (2001).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was arrested by Martin County Sheriff's Office because he was driving without a license. On January 14, 2026 around 8:36am, bail was posted for his release. This started the clock for ICE's 48hr detainer hold, set to expire on January 16 around 8:36am. Petitioner was not released from the jail and was turned over to ICE custody despite the lapse of the 48 hours detainer. Further, ICE has not determined Petitioner is a safety or flight risk.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes         ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes         ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes         ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: 1) Assume jurisdiction over this matter; 2) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within 3 days; 3) Declare the detention of Petitioner beyond the 48hr ICE detainer violates the Due Process Clause of the Fifth Amendment; 4) Issue a Writ of Habeas Corpus ordering Respondents to Release Petitioner from Custody; 5) Issue an order prohibiting the Respondents from transferring Petitioner from the district without the court's approval; 6) In the Alternative, Respondent is entitled to a bond hearing before the Executive Office of Immigration Review ("EOIR").

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01/16/2026

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

signed by: Maria Isabel Rojas Perez
wife of petitioner